UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMIE BASSEL, D.C.,

                Plaintiff,

       v.

CITIGROUP INC. and AETNA LIFE AND
HEALTH INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

**MEMORANDUM & ORDER**
19-CV-6840 (RPK) (RLM)

RACHEL P. KOVNER, United States District Judge:

      This lawsuit is one of 15 related actions that were removed to federal court last year. *See* Jan. 16, 2020 Order. Three of those lawsuits have been voluntarily dismissed, *see Bassel v. L'Oreal USA, Inc.*, 19-CV-06826 (E.D.N.Y. Jan. 22, 2020), and 11 have been remanded to state court by Judge Chen, *see Bassel v. WPP Group USA Inc.*, 19-CV-06827 (E.D.N.Y. Apr. 7, 2020). The only remaining action is this one, which was reassigned to me because it presented a conflict of interest for Judge Chen. *See Bassel v. L'Oreal USA, Inc.*, 19-CV-06826 (E.D.N.Y. Jan. 22, 2020).

      In a status report, the parties have asked me to consider the remand and dismissal arguments they had "submitted to Judge Chen under case 1:19-cv-06827-PKC-RLM." *See* Dec. 4, 2020 Status Report (Dkt. #12). Defendants separately reiterated arguments made in their prior briefing and expressed disagreement with Judge Chen's interpretation of Second Circuit case law. Defs.' Dec. 16, 2020 Ltr. to J. Kovner (Dkt. #13). Neither the status report nor defendants' supplemental letter argued that this case is distinguishable from those that Judge Chen remanded.

      After reviewing the record in this case and in the related actions, I conclude that this case should be remanded for the reasons stated by Judge Chen on the record in *Bassel v. WPP Group*

1

*USA Inc.*, 19-CV-06827 (E.D.N.Y. Apr. 7, 2020).  A transcript of Judge Chen's oral ruling is attached to this Order as an exhibit.

      SO ORDERED.

                                              */s/ Rachel Kovner*
                                              RACHEL P. KOVNER
                                              United States District Judge

Dated: December 29, 2020
       Brooklyn, New York